# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ESPARZA,<br><br>    Plaintiff,<br><br>    v.<br><br>HALLIBURTON ENERGY SERVICES, INC.,<br><br>    Defendant. | Case No.: 1:19-cv-0485-LJO- JLT<br><br>ORDER DIRECTING THE CLERK TO CLOSE THE ACTION<br><br>(Doc. 4) |

On April 23, 2019, the parties filed a stipulation indicating all parties agreed "to the dismissal of this action with prejudice." (Doc. 4at 2) Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Because all parties who have appeared signed the stipulation, it "automatically terminate[d] the action." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); Fed.R.Civ.P. 41(a)(1)(A)(ii). Accordingly, based upon the stipulation of the parties, the Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

Dated: __May 1, 2019__            __/s/ Jennifer L. Thurston__
                                                      UNITED STATES MAGISTRATE JUDGE